1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATE DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| IAN GARDNER, individually,<br><br>                    Plaintiff,<br><br>          v.<br><br>GOFOR INDUSTRIES CORP., a Delaware corporation; GO-FOR INDUSTRIES INC., a Canadian corporation; KASHIF SWEET, an individual; and DOES 1 through 10, inclusive,<br><br>                    Defendants. | CASE NO. 2:23-cv-03689 SVW (JPRx)<br><br>**WAIVER OF SERVICE OF SUMMONS** |

**TO PLAINTIFF AND PLAINTIFF'S COUNSEL OF RECORD, ASHLEY ESCUDERO, ESQ., DLA PIPER LLP (US):**

    I have received your request to waive service of a Summons in this action along with a copy of the complaint and two copies of this waiver form. I understand I am able to return this signed waiver to Plaintiff's counsel of record via email.

    I agree to save the expense of serving a Summons and Complaint in this case.

    I understand that I will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

    I also understand that I must file and serve an answer or a motion under Rule

12 within 60 days from June 15, 2023, the date when this request was sent. If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: __July 5, 2023__

_____

(Signature of the attorney

or representative of Defendant Go-For Industries, Inc.)

__Dillon McDonald__

(Printed name)

__1968 Corralitos Avenue, San Luis Obispo, CA 93401__

(Address)

__d@deliverbetter.com__

(E-mail address)

__415.652.6727__

(Telephone number)

4
WAIVER OF SERVICE OF SUMMONS