1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| IAN GARDNER, individually, | CASE NO. 2:23-CV-03689-SVW-JPR |
|---|---|
| Plaintiff, | **JUDGMENT AGAINST DEFENDANTS GOFOR INDUSTRIES CORP., GO-FOR INDUSTRIES INC., AND KASHIF SWEET** |
| v. | |
| GOFOR INDUSTRIES CORP., a Delaware corporation; GO-FOR INDUSTRIES INC., a Canadian corporation; KASHIF SWEET, an individual; and DOES 1 through 10, inclusive | |
| Defendants. | |

Pursuant to the Court's ruling on October 24, 2023, granting, in part, Plaintiff's Motion for Default Judgment (Dkt No. 37), it is hereby **ORDERED, ADJUDGED, AND DECREED that:**

Judgment is hereby entered against Defendants GoFor Industries Corp., Go-For Industries Inc, and Kashif Sweet in the amount of $190,457.77, plus post-judgment interest in the amount of 10% per annum. The amount of the judgment is calculated as follows:

- $87,500.00 – severance equal to three months' salary.
- $12,500 – six months of service on Board of Directors.
- $50,000 – termination fee relating to Plaintiff's dismissal from Board of Directors.
- $29,166.67 – waiting time penalty.
- $11,291.10 – prejudgment interest on the three-months' severance award calculated at 10% per annum from November 14, 2022 to February 27, 2024.

This judgment constitutes a separate document for purposes of Federal Rule of Civil Procedure 58(a), and, taken together with the judgment entered pursuant to the Court's ruling on February 8, 2024, collectively constitute a final judgment pursuant to Federal Rule of Civil Procedure 54.

**IT IS SO ORDERED.**

DATED: February 28, 2024

Honorable Stephen V. Wilson
Judge, United States District Court