# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| IAN GARDNER, individually,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>GOFOR INDUSTRIES CORP., a Delaware corporation; GO-FOR INDUSTRIES INC., a Canadian corporation; KASHIF SWEET, an individual; and DOES 1 through 10, inclusive<br><br>　　　　　Defendants. | CASE NO. 2:23-CV-03689-SVW-JPR<br><br>**JUDGMENT AGAINST DEFENDANTS GOFOR INDUSTRIES CORP., GO-FOR INDUSTRIES INC., AND KASHIF SWEET** |

Pursuant to the Court's ruling on February 8, 2024, granting, in part, Plaintiff's Motion for Attorneys' Fees and Costs (Dkt No. 42), it is hereby **ORDERED, ADJUDGED, AND DECREED that:**

Judgment is hereby entered against Defendants GoFor Industries Corp., Go-For Industries Inc, and Kashif Sweet in the amount of $14,710.15, plus post-judgment interest in the amount of 10% per annum.

This judgment constitutes a separate document for purposes of Federal Rule of Civil Procedure 58(a), and, taken together with the judgment entered pursuant to the Court's ruling on October 24, 2023, collectively constitute a final judgment pursuant to Federal Rule of Civil Procedure 54.

**IT IS SO ORDERED.**

DATED: February 28, 2024

Honorable Stephen V. Wilson
Judge, United States District Court